**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on December 16, 2025**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | |
| **JEFF CREWS, DAVID WALKER,** | : | **18 U.S.C. § 1951** |
| **MAURICE ROOTS, and KEVIN BING** | : | **(Conspiracy to Interfere with Commerce by** |
| | : | **Robbery)** |
| **Defendants.** | : | |
| | : | **18 U.S.C. §§ 1951, 2** |
| | : | **(Interference with Commerce by Robbery,** |
| | : | **and Aiding and Abetting)** |
| | : | |
| | : | **18 U.S.C. §§ 2312, 2** |
| | : | **(Interstate Transportation of a Stolen** |
| | : | **Vehicle, and Aiding and Abetting)** |
| | : | |
| | : | **18 U.S.C. §§ 2313, 2** |
| | : | **(Possession, Sale, or Receipt of a Stolen** |
| | : | **Vehicle, and Aiding and Abetting)** |
| | : | |
| | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. §§ 924(d) and** |
| | : | **981(a)(1)(C), 21 U.S.C. §§ 853(a) and (p),** |
| | : | **and 28 U.S.C. § 2461(c)** |

**<u>INDICTMENT</u>**

The Grand Jury charges that:

**<u>COUNT ONE</u>**

Beginning in or about the Summer of 2024 and continuing through at least March 19, 2025,

within the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, MAURICE**

Case 1:26-cr-00104-ABJ    Document 1    Filed 05/12/26    Page 2 of 20

**ROOTS, KEVIN BING,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree with each other to commit an offense against the United States, namely, to knowingly and unlawfully obstruct, delay, and affect commerce by robbery in violation of Title 18, United States Code, Section 1951, by agreeing to take United States currency and other items of value from convenience stores, such as 7-Eleven stores, by means of actual and threatened force, violence, and fear of injury, immediate and future, to another person.

### Goal of the Conspiracy

It was the goal of the conspiracy that the conspirators would acquire money by way of robbery, belonging to and in the care, custody, control, management, and possession of various commercial establishments, including convenience stores, such as 7-Eleven stores.

### The Manner and Means Used to Achieve the Objectives of the Conspiracy

The manner and means by which the conspiracy was carried out included the following:

1.    Members of the conspiracy would and did play different roles in the conspiracy and took upon themselves different tasks and participated in the conduct of the conspiracy through various criminal acts.

2.    Members of the conspiracy would identify ATMs in convenience stores, such as 7-Eleven stores, in and around the District of Columbia, Maryland, and Virginia.

3.    Members of the conspiracy would acquire and use "Jaws of Life" tools or other levering hand tools to quickly enter stores, pry open ATMs, and ultimately steal cash from therein.[1]

---

[1] "Jaws of Life" tools are hydraulic or electric rescue tools typically used by first responders. These tools can be used to lift heavy objects or cut through or spread apart metal, including car frames.

2

4.    Members of the conspiracy would often wear gloves, masks, and other clothing to obscure their identities.

5.    Members of the conspiracy would often acquire stolen vehicles and stolen, false, or unregistered license plates to obscure their identities and their vehicles.

6.    Prior to each robbery, members of the conspiracy would meet in vehicles at a predetermined location. At these "meet-up" locations, members of the conspiracy would move to, and transfer their tools to, a different vehicle to carry out the robberies.

7.    After consolidating themselves and their tools in a robbery vehicle, members of the conspiracy would travel to the convenience store, such as a 7-Eleven store, most of the time traveling interstate, to carry out one or more robberies during the early-morning hours. Members of the conspiracy would often leave their cellphones behind at the "meet-up" location.

8.    After arriving at the convenience store, such as a 7-Eeleven store, members of the conspiracy would divide up tasks, sometimes with one member of the conspiracy remaining in the vehicle as a getaway driver.

9.    After arriving at the convenience store, such as a 7-Eleven store, members of the conspiracy would enter the store, sometimes prying open the exterior door to the store. At least one member of the conspiracy would subdue the store's employees or workers by directing them to particular area of the store or directing them to lie on the ground. Oftentimes, another member of the conspiracy would attempt to destroy the store's surveillance video and network equipment. Another member of the conspiracy would utilize a "Jaws of Life" tool or other levering hand tool to forcibly open the ATM and remove its cassettes containing the cash.

10.    Members of the conspiracy would then flee the store and escape in the robbery vehicle.

11. After committing the robbery or robberies, members of the conspiracy would return to the "meet-up" location, return to their respective vehicles, and leave.

## Overt Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy, and to effect the objects thereof, **JEFF CREWS, DAVID WALKER, MAURICE ROOTS, KEVIN BING,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, committed, or caused to be committed, the following overt acts in the District of Columbia and elsewhere.

1. On or about January 3, 2025, members of the conspiracy robbed an ATM within a store located at 9900 Greenbelt Road, Lanham, MD.

2. On or about January 4, 2025, members of the conspiracy robbed a store located at 6000 Sandy Spring Road, Laurel, MD.

3. On or about January 4, 2025, members of the conspiracy robbed a store located at 900 Chillum Road, Hyattsville, MD.

4. On or about January 7, 2025, members of the conspiracy robbed a store located at 7701 Crain Highway, Upper Marlboro, MD.

5. On or about January 8, 2025, members of the conspiracy attempted to rob an ATM within a store located at 1044 MD-3, Gambrills, MD.

6. On or about January 12, 2025, members of the conspiracy ignited and burned a black Lexus sedan, which had been used by members of the conspiracy to facilitate a robbery.

7. On or about January 22, 2025, members of the conspiracy robbed an ATM within a store located at 7467 Annapolis Road, Hyattsville, MD.

8. On or about January 29, 2025, members of the conspiracy robbed a store located at 11422 Cherry Hill Road, Beltsville, MD.

9. On or about January 29, 2025, members of the conspiracy robbed an ATM within a store located at 22 Watkins Park Drive, Upper Marlboro, MD.

10. On or about February 1, 2025, members of the conspiracy robbed an ATM within a store located at 7900 Good Luck Road, Lanham, MD.

11. On or about February 4, 2025, members of the conspiracy deactivated law enforcement's GPS tracker that had been placed on a white Infiniti sedan.

12. On or about February 6, 2025, members of the conspiracy robbed an ATM within a store located at 6106 Oxon Hill Road, Oxon Hill, MD.

13. On or about February 19, 2025, members of the conspiracy robbed an ATM within a store located at 11350 Baltimore Avenue, Beltsville, MD.

14. On or about February 19, 2025, members of the conspiracy transferred a tool from a red Honda sedan to a gray Jeep.

15. On or about February 22, 2025, members of the conspiracy robbed an ATM within a store located at 9464 Lanham Severn Road, Lanham, MD.

16. On or about February 25, 2025, members of the conspiracy transferred a "Jaws of Life" tool from a brown Chevy Equinox to a blue Dodge Journey.

17. On or about February 26, 2025, members of the conspiracy prepared to rob an ATM within a store, before realizing that their robbery vehicle had disappeared.

18. On or about February 28, 2025, members of the conspiracy robbed an ATM within a store located at 1044 Crain Hwy N, Gambrills, MD.

19. On or about February 28, 2025, members of the conspiracy robbed an ATM within a store located at 650 University Boulevard, Silver Spring, MD.

20. On or about March 11, 2025, members of the conspiracy robbed a store located at 6570 Coventry Way, Clinton, MD.

21. On or about March 11, 2025, members of the conspiracy robbed an ATM within a store located at 8905 Rhode Island Avenue, College Park, MD.

22. On or about March 19, 2025, members of the conspiracy attempted to rob an ATM within a store located at 9500 Ruby Lockhart Boulevard, Bowie, MD.

23. On or about March 19, 2025, members of the conspiracy robbed an ATM within a store located at 5210 3rd Street NE, Washington, DC.

24. On or about March 19, 2025, members of the conspiracy ignited and burned a silver Lexus sedan, which had been used by members of the conspiracy to facilitate a robbery.

25. On or about March 19, 2025, members of the conspiracy possessed a Glock 23 handgun.

26. On or about March 19, 2025, members of the conspiracy possessed a GPS tracker.

27. On or about March 19, 2025, members of the conspiracy possessed an electronic device detector.

28. On or about March 19, 2025, members of the conspiracy possessed a Springfield Armory XD 9mm handgun.

29. On or about March 19, 2025, members of the conspiracy possessed a replica Glock BB handgun.

**(Conspiracy to Interfere with Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951).

## COUNT TWO

On or about January 3, 2025, within the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER,** and co-conspirators not indicted herein, who are known and

unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **JEFF CREWS, DAVID WALKER,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain, property consisting of cash from the ATM within 7-Eleven, a business located at 9900 Greenbelt Road, Lanham, MD, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of 7-Eleven, a business that was engaged in and that affects interstate commerce.

(**Interference with Commerce by Robbery, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951 and 2).

### COUNT THREE

On or about January 3, 2025, in the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did knowingly transport in interstate and foreign commerce a motor vehicle, that is, a black Lexus GS350 sedan, from the District of Columbia to the State of Maryland, and from the State of Maryland to the District of Columbia, knowing the same to have been stolen.

(**Interstate Transportation of a Stolen Vehicle, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2).

### COUNT FOUR

On or about January 3, 2025, in the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did receive, possess, store, sell, and dispose of a stolen motor vehicle, that is, a black

Lexus GS350 sedan, which had been stolen on December 25, 2024, in the District of Columbia, and subsequently brought it into the State of Maryland, and subsequently brought it back into the District of Columbia, knowing the same to be stolen.

(**Possession, Sale, or Receipt of a Stolen Vehicle, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2313 and 2).

## COUNT FIVE

On or about January 4, 2025, within the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, MAURICE ROOTS,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **JEFF CREWS, DAVID WALKER, MAURICE ROOTS,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain, property consisting of a wallet and cellphone from 7-Eleven, a business located at 6000 Sandy Spring Road, Laurel, MD, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of 7-Eleven, a business that was engaged in and that affects interstate commerce.

(**Interference with Commerce by Robbery, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951 and 2).

## COUNT SIX

On or about January 4, 2025, within the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, MAURICE ROOTS,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and

8

attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **JEFF CREWS, DAVID WALKER, MAURICE ROOTS,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain, property consisting of a cellphone from 7-Eleven, a business located at 900 Chillum Road, Hyattsville, MD, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of 7-Eleven, a business that was engaged in and that affects interstate commerce.

**(Interference with Commerce by Robbery, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951 and 2).

### COUNT SEVEN

On or about January 4, 2025, in the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, MAURICE ROOTS,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did knowingly transport in interstate and foreign commerce a motor vehicle, that is, a black Lexus GS350 sedan, from the District of Columbia to the State of Maryland, and from the State of Maryland to the District of Columbia, knowing the same to have been stolen.

**(Interstate Transportation of a Stolen Vehicle, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2).

### COUNT EIGHT

On or about January 4, 2025, in the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, MAURICE ROOTS,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did receive, possess, store, sell, and dispose of a stolen

motor vehicle, that is, a black Lexus GS350 sedan, which had been stolen on December 25, 2024, in the District of Columbia, and subsequently brought it into the State of Maryland, and subsequently brought it back into the District of Columbia, knowing the same to be stolen.

(**Possession, Sale, or Receipt of a Stolen Vehicle, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2313 and 2).

## COUNT NINE

On or about January 7, 2025, within the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, MAURICE ROOTS,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **JEFF CREWS, DAVID WALKER, MAURICE ROOTS,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain, property consisting of surveillance video equipment, cigarettes, and lottery tickets from 7-Eleven, a business located at 7701 Crain Highway, Upper Marlboro, MD, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of 7-Eleven, a business that was engaged in and that affects interstate commerce.

(**Interference with Commerce by Robbery, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951 and 2).

## COUNT TEN

On or about January 7, 2025, in the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, MAURICE ROOTS,** and co-conspirators not indicted herein, who are

known and unknown to the Grand Jury, did knowingly transport in interstate and foreign commerce a motor vehicle, that is, a black Lexus GS350 sedan, from the District of Columbia to the State of Maryland, and from the State of Maryland to the District of Columbia, knowing the same to have been stolen.

(**Interstate Transportation of a Stolen Vehicle, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2).

### COUNT ELEVEN

On or about January 7, 2025, in the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, MAURICE ROOTS,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did receive, possess, store, sell, and dispose of a stolen motor vehicle, that is, a black Lexus GS350 sedan, which had been stolen on December 25, 2024, in the District of Columbia, and subsequently brought it into the State of Maryland, and subsequently brought it back into the District of Columbia, knowing the same to be stolen.

(**Possession, Sale, or Receipt of a Stolen Vehicle, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2313 and 2).

### COUNT TWELVE

On or about January 29, 2025, within the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, MAURICE ROOTS,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **JEFF CREWS, DAVID WALKER, MAURICE ROOTS,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain, property consisting of a cellphone from 7-Eleven, a business located at 11422 Cherry Hill

Road, Beltsville, MD, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of 7-Eleven, a business that was engaged in and that affects interstate commerce.

(**Interference with Commerce by Robbery, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951 and 2).

### COUNT THIRTEEN

On or about January 29, 2025, within the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, MAURICE ROOTS,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **JEFF CREWS, DAVID WALKER, MAURICE ROOTS,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain, property consisting of surveillance video equipment and cash from the ATM within 7-Eleven, a business located at 22 Watkins Park Drive, Upper Marlboro, MD, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of 7-Eleven, a business that was engaged in and that affects interstate commerce.

(**Interference with Commerce by Robbery, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951 and 2).

12

## COUNT FOURTEEN

On or about January 29, 2025, in the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, MAURICE ROOTS,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did knowingly transport in interstate and foreign commerce a motor vehicle, that is, a white Infiniti Q50 sedan, from the District of Columbia to the State of Maryland, and from the State of Maryland to the District of Columbia, knowing the same to have been stolen.

**(Interstate Transportation of a Stolen Vehicle, and Aiding and Abetting,** in violation of Title 18, United States Code, Sections 2312 and 2).

## COUNT FIFTEEN

On or about January 29, 2025, in the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, MAURICE ROOTS,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did receive, possess, store, sell, and dispose of a stolen motor vehicle, that is, a white Infiniti Q50 sedan, which had been stolen on January 25, 2025, in the District of Columbia, and subsequently brought it into the State of Maryland, and subsequently brought it back into the District of Columbia, knowing the same to be stolen.

**(Possession, Sale, or Receipt of a Stolen Vehicle, and Aiding and Abetting,** in violation of Title 18, United States Code, Sections 2313 and 2).

## COUNT SIXTEEN

On or about February 1, 2025, within the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **JEFF CREWS, DAVID WALKER,**

13

and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain, property consisting of cash from the ATM within 7-Eleven, a business located at 7900 Good Luck Road, Lanham, MD, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of 7-Eleven, a business that was engaged in and that affects interstate commerce.

**(Interference with Commerce by Robbery, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951 and 2).

## COUNT SEVENTEEN

On or about February 1, 2025, in the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did knowingly transport in interstate and foreign commerce a motor vehicle, that is, a white Infiniti Q50 sedan, from the District of Columbia to the State of Maryland, and from the State of Maryland to the District of Columbia, knowing the same to have been stolen.

**(Interstate Transportation of a Stolen Vehicle, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2).

## COUNT EIGHTEEN

On or about February 1, 2025, in the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did receive, possess, store, sell, and dispose of a stolen motor vehicle, that is, a white Infiniti Q50 sedan, which had been stolen on January 25, 2025, in the District of Columbia, and subsequently brought it into the State of Maryland, and subsequently brought it back into the District of Columbia, knowing the same to be stolen.

**(Possession, Sale, or Receipt of a Stolen Vehicle, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2313 and 2).

## COUNT NINETEEN

On or about March 11, 2025, within the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, KEVIN BING,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **JEFF CREWS, DAVID WALKER, KEVIN BING,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain, property consisting of surveillance video equipment and cigarettes from 7-Eleven, a business located at 6570 Coventry Way, Clinton, MD, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of 7-Eleven, a business that was engaged in and that affects interstate commerce.

**(Interference with Commerce by Robbery, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951 and 2).

## COUNT TWENTY

On or about March 11, 2025, within the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, KEVIN BING,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **JEFF CREWS, DAVID**

15

WALKER, KEVIN BING, and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain, property consisting of surveillance video equipment and cash from the ATM within 7-Eleven, a business located at 8905 Rhode Island Avenue, College Park, MD, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of 7-Eleven, a business that was engaged in and that affects interstate commerce.

**(Interference with Commerce by Robbery, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951 and 2).

### COUNT TWENTY-ONE

On or about March 11, 2025, in the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, KEVIN BING,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did knowingly transport in interstate and foreign commerce a motor vehicle, that is, a black Acura RDX, from the District of Columbia to the State of Maryland, and from the State of Maryland to the District of Columbia, knowing the same to have been stolen.

**(Interstate Transportation of a Stolen Vehicle, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2).

### COUNT TWENTY-TWO

On or about March 11, 2025, in the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, KEVIN BING,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did receive, possess, store, sell, and dispose of a stolen motor vehicle, that is, a black Acura RDX, which had been stolen on March 9, 2025, in the District of Columbia, and subsequently brought it into the State of Maryland, and subsequently brought it back into the District of Columbia, knowing the same to be stolen.

16

(Possession, Sale, or Receipt of a Stolen Vehicle, and Aiding and Abetting, in violation of Title 18, United States Code, Sections 2313 and 2).

### COUNT TWENTY-THREE

On or about March 19, 2025, within the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, KEVIN BING,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, attempted to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **JEFF CREWS, DAVID WALKER, KEVIN BING,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, attempted to take and obtain, property consisting of cash from the ATM within 7-Eleven, a business located at 9500 Ruby Lockhart Boulevard, Bowie, MD, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of 7-Eleven, a business that was engaged in and that affects interstate commerce.

(**Attempted Interference with Commerce by Robbery, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951 and 2).

### COUNT TWENTY-FOUR

On or about March 19, 2025, within the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **JEFF CREWS, DAVID WALKER,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did

17

unlawfully take and obtain, and attempt to take and obtain, property consisting of cash from the ATM within 7-Eleven, a business located at 5210 3rd Street NE, Washington, DC, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of 7-Eleven, a business that was engaged in and that affects interstate commerce.

**(Interference with Commerce by Robbery, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951 and 2).

### COUNT TWENTY-FIVE

On or about March 19, 2025, in the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, KEVIN BING,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did knowingly transport in interstate and foreign commerce a motor vehicle, that is, a gray Lexus IS350, from the District of Columbia to the State of Maryland, and from the State of Maryland to the District of Columbia, knowing the same to have been stolen.

**(Interstate Transportation of a Stolen Vehicle, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2).

### COUNT TWENTY-SIX

On or about March 19, 2025, in the District of Columbia and elsewhere, **JEFF CREWS, DAVID WALKER, KEVIN BING,** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did receive, possess, store, sell, and dispose of a stolen motor vehicle, that is, a gray Lexus IS350, which had been stolen on March 17, 2025, in Virginia, and subsequently brought it into the District of Columbia, and subsequently brought it into the State of Maryland, and subsequently brought it back into the District of Columbia, knowing the same to be stolen.

**(Possession, Sale, or Receipt of a Stolen Vehicle, and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2313 and 2).

## COUNT TWENTY-SEVEN

On or about March 19, 2025, within the District of Columbia, **JEFF CREWS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in U.S. District Court, Criminal Case No. 15-CR-393, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 23 handgun, and ammunition, that is .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1)).

## FORFEITURE ALLEGATION

1.      Upon conviction of any of the offenses alleged in this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to the Glock 23 handgun and the Springfield Armory XD 9mm handgun.

2.      Upon conviction of any of the offenses listed in this Indictment, the defendants shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses.

19

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the Court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C), Title 21, United States Code, Sections 853(a) and (p), and Title 28, United States Code, Section 2461(c)).

A TRUE BILL:

FOREPERSON.

Jeanine Ferris Pirro
United States Attorney

By: _____
Gauri Gopal
Assistant United States Attorney

20